# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOHN CHRISTOPHER WARE, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-185-S-BH |
| | § | |
| MIKE POMPEO, et al. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 12]. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

By separate judgment, Plaintiff John Christopher Ware's ("Plaintiff") due process claims will be dismissed with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B) until Plaintiff satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff's remaining claims under a theory of trusts will be dismissed with prejudice as frivolous under § 1915(e)(2)(B).

**SO ORDERED.**

SIGNED June 18, 2021.

_____
**UNITED STATES DISTRICT JUDGE**